United States District Court For
The District Of Columbia Circuit

Gabriel Amador #42731-279
USP Allenwood
U.S. Penitentiary, P.O. Box 3000
White Deer, PA 17887
    Plaintiff,

v.

Bureau of Alcohol, Tabacco, and Firearms
Chief, Disclosure Division, Room 8400
650 Massachusetts Avenue, N.W.
Washington, D.C. 20226
    Defendant.

Case: 1:20-cv-03321
Assigned To : Unassigned
Assign. Date : 11/13/2020
Description: FOIA/Privacy Act (I-DECK)

COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records (Compel Disclosure), concerning Bureau of Alcohol, Tabacco, and Firearms documents and files that pertain to Plaintiff, which the defendant has improperly withheld from plaintiff.

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).



1

3. Plaintiff, Gabriel Amador, is the subject of the Files and documents that have been requested and is the requester of the Files and documents which the defendant is now withholding.

4. Defendant, Bureau of Alcohol, Tabacco, and Firearms is an agency of the United States and has possession of the Files and documents that plaintiff seeks.

5. By letter dated June 25, 2017 I Gabriel Amador, the Plaintiff requested records that pertain to him.

6. By letter dated June 30, 2017 Plaintiff received an acknowledgement of receipt of his Freedom of Information Act ("FOIA")/Privacy Act request and was given the reference # 2017-0873. Attached as Exhibit-A.

7. By letter dated October 31, 2017 Plaintiff informed the defendant that the Plaintiff still,

as of October 31, 2017, had not received any records in response to Plaintiff's request. Plaintiff further requested therein to be informed as to the status of his FOIA request.
Attached as Exhibit-B

8. By letter dated January 16, 2020 Plaintiff informed the defendant of the prior correspondence and informed the defendant that as of January 16, 2020 the Plaintiff still had not received a response to his FOIA request. Plaintiff further requested therein to be informed as to the status of his FOIA request.
Attached as Exhibit-C (sent by way of certified mail)

9. By letter dated July 13, 2020 the Plaintiff informed the defendant that as of July 13, 2020 the Plaintiff still had not received a response to his FOIA request. Plaintiff further requested therein to be informed as to the status of his FOIA request.
Attached as Exhibit-D (sent by way of certified mail)

10. By letter dated August 8, 2020 the Plaintiff

3

informed the defendant that as of August 8, 2020 the Plaintiff still had not received a response to his FOIA request. Plaintiff further requested therein to be informed as to the status of his FOIA request. Plaintiff further informed the defendant, in the August 8, 2020 letter, that if the defendant continues to ignore the Plaintiff's FOIA request and follow-up letters, the Plaintiff intends to sue the defendant to compel disclosure. Attached as Exhibit-E (sent by way of certified mail)

11. The Plaintiff has not received any correspondence from the defendant, since the defendant sent the acknowledgement of receipt dated June 30, 2017.

12. Plaintiff has a right of access to the requested files and documents under 5 U.S.C. § 552 (a)(3), and there is no legal basis for the defendant's withholding of said files and documents. Furthermore, the defendant is in violation of the time allowed under FOIA by which a

4

response must be given.

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested documents;

(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(3) Award plaintiff costs and reasonable attorneys fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(4) Grant such other and further relief as may be deemed just and proper.

Respectfully submitted,

Sign: Gabriel Amador

Gabriel Amador #42731-279
USP Allenwood
U.S. Penitentiary, P.O. Box 3000
White Deer, PA 17887
Dated: October 31, 2020