UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GABRIEL AMADOR,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Case No. 20-cv-3321-RMM |

## ORDER DISMISSING CASE

This is a Freedom of Information Act case brought by *pro se* plaintiff Gabriel Amador, who is currently incarcerated. The Court received a letter from Mr. Amador dated January 27, 2022, in which Mr. Amador requests "that this action be dismissed." Mr. Amador also notes that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") previously indicated that it does not oppose dismissal of this action. *See* Jan. 27, 2022 Letter; Def. Resp. to Pl. Mot. to Withdraw, ECF No. 26.

The Court construes Mr. Amador's letter as a motion to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2). Dismissal is proper here, as Mr. Amador no longer wishes to pursue his claims and ATF has pleaded no counterclaims. This case is therefore **DISMISSED** without prejudice, and ATF's pending Motion for Summary Judgment, ECF No. 37, is **DENIED** as moot.

**SO ORDERED** this March 18, 2022.

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE